1

2

3

4                         UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6                              SAN JOSE DIVISION

7

8     SAMUEL LOVE,                          Case No.  5:20-cv-08691-EJD

9              Plaintiff,                   **ORDER TO SHOW CAUSE WHY
                                            ACTION SHOULD NOT BE
10        v.                                DISMISSED**

11    AMBA L.L.C.,

12             Defendant.

13          Plaintiff Samuel Love filed the present action on December 9, 2020.  Dkt. No. 1.

14    Defendant Amba L.L.C. filed an answer and counterclaim on January 27, 2021.  At Defendant's

15    request, the Clerk of the Court entered default against Plaintiff on March 10, 2021.  Dkt. Nos. 13,

16    14.  There has been no activity in the case since.

17          The Court possesses the inherent power to dismiss an action sua sponte "to achieve the

18    orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33

19    (1962).  Plaintiff is directed to file a written response to this order by **July 12, 2021**, and to appear

20    before the Court on **July 22, 2021, at 10:00 a.m.** and show cause why this action should not be

21    dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure

22    41(b).  If Plaintiff fails to file a written response by July 12, 2021, the Court will dismiss the

23    action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

24          **IT IS SO ORDERED.**

25    Dated: June 10, 2021

26                                          _____

27                                          EDWARD J. DAVILA
                                            United States District Judge
28    Case No.: 5:20-cv-08691-EJD
      ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED
                                        1

United States District Court
Northern District of California