UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

      Plaintiff,

  v.

AMBA L.L.C.,

      Defendant.

Case No. 20-cv-08691-EJD

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 31

Pursuant to the Notice of Plaintiff's Acceptance of Defendant's Rule 68 Offer of Judgment (Docket No. 31) filed on November 9, 2021, the Judgment is as follows:

1. Judgment shall be entered in the amount of $6,000.00, in favor of Plaintiff, which includes all damages (statutory and/or actual), costs, and attorney fees for the claim of all ADA violations, if any, as alleged in the complaint; including all state law claims that depend on the ADA claims, including, but not limited to Unruh Act claims.

2. The website at https://www.fontaineinn.com/ as depicted on the date of alleged injury on October 21, 2020 is and was fully compliant with all ADA accessibility rules including, the reservation rule and information standards of accessibility.

Dated: 11/10/20221

Kathleen Shambaugh, Acting Clerk of Court

Adriana M. Kratzmann
Deputy Clerk